# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | Case No. 3:12-po-110 |
| -vs- | : | Chief Magistrate Judge Sharon L. Ovington |
| MICAH J. LOWRIE, | : | |
| Defendant. | : | |

## ORDER AMENDING CONDITIONS OF PROBATION

Defendant appeared before the Court on July 1, 2013 pursuant to an Amended Summons issued June 21, 2013 commanding Defendant to appear and answer the violations set forth in the Petition filed February 22, 2013.

Defendant appeared with counsel and after being advised of his constitutional rights, admitted violating the Conditions set forth in the terms of his probation and offered evidence in mitigation. Accordingly, the Court found that Defendant violated the terms and conditions of his probation, but the Court declines to revoke same.

Without objection by Defendant the Court amended his conditions of probation as follows: Defendant is ordered to continue with any mental health treatment he is currently involved in. Defendant shall participate in the home confinement component of the location monitoring program for a period of up to 180 days, which can be served continuously or intermittently anytime throughout the term of supervision. Defendant shall be required to remain at his residence unless given permission in advance by the probation officer for approved activities. Defendant shall be monitored by the use of the location monitoring technology at the

discretion of the probation officer. Defendant shall abide by all of the requirements established by the probation office related to the use of this location monitoring technology. The participant shall pay all or part of the costs of location monitoring based on his ability to pay as determined by the probation officer. It is ordered that Defendant be allowed to do what is necessary to spend time with his daughter.

July 1, 2013

                                                    s/Sharon L. Ovington
                                                    Sharon L. Ovington
                                        Chief United States Magistrate Judge